THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARCUS D. WOODSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-20-256-R |
| | ) | |
| TOMMY SHARP, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On March 31, 2020, Judge Purcell issued a Report and Recommendation wherein he recommended that Petitioner's Application for Leave to Proceed In Forma Pauperis be denied. On April 2, 2020, Petitioner paid his $5.00 filing fee. The Report and Recommendation [Doc. 7] is hereby ADOPTED in its entirety and Petitioner's Application for Leave to Proceed In Forma Pauperis is DENIED.

In light of the receipt of the required filing fee of $5.00 from Petitioner, his second Motion for Leave to Proceed In Forrma Pauperis [Doc. 9] is denied as moot. This matter is re-referred to Judge Purcell for consideration of Petitioner's Petition for Writ of Habeas Corpus.

IT IS SO ORDERED this 3rd day of April 2020.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE